UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE CORCUCHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE BOILER, INC.,<br><br>    Defendant. | Case No. 13-cv-05617-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    The Court will hold a case management conference in this matter on April 2, 2014, at 2:00 p.m. If Defendant has been served and a proof of service has been filed by March 19, 2014, Plaintiff or the parties jointly may seek a continuance of the case management conference.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
JON S. TIGAR
United States District Judge