1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile:  (510) 452-5625
   Email: pamela.price@pypesq.com
5
   Attorneys for Plaintiff
6  CAMILLE CORCUCHIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | CAMILLE CORCUCHIA,            )   No. C13-05617 JST
                                   )
13 |          Plaintiff,           )   **STIPULATION AND [PROPOSED] ORDER
                                   )   TO CONTINUE THE CASE MANAGEMENT
14 | v.                            )   CONFERENCE**
                                   )
15 | NATIONWIDE BOILER, INC.,      )
                                   )
16 |          Defendants.          )
                                   )

17

18     The parties to the above-entitled action hereby stipulate to continue the Case Management

19  Conference from Wednesday, April 2, 2014 to June 11, 2014.

20     Good cause exists for this Stipulation due to late service on Defendant NATIONWIDE

21  BOILER, INC. and the parties' engagement in settlement negotiations.  Counsel for both parties need

22  additional time to meet and confer to prepare for the Case Management Conference.  Due to other

23  commitments, Plaintiff's counsel is not available during the month of April 2014 and Defense counsel

24  is not available during the month of May 2014.

25                           **IT IS SO STIPULATED.**

26  Date: April 1, 2014                    PRICE AND ASSOCIATES

27
                                           /s/ *Pamela Y. Price*
28                                         PAMELA Y. PRICE, Attorneys for Plaintiff
                                           CAMILLE CORCUCHIA

1  ROGERS JOSEPH O'DONNELL

2

3  /s/ *Sarah Vreede*
SARAH VREEDE, Attorneys for Defendant
4  NATIONWIDE BOILER, INC.

5

6  **ORDER**

7  Pursuant to the request of counsel and good cause appearing, **IT IS SO ORDERED**.

8  The Case Management Conference is continued to June 11, 2014 at 2:00 p.m.  The parties shall file a

9  joint Case Management Conference Statement on or before June 3, 2014.

10

11

12  Dated: __April 1, 2014__

IT IS SO ORDERED

Judge Jon S. Tigar