1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMILLE CORCUCHIA,

        Plaintiff,

    v.

NATIONWIDE BOILER, INC.,

        Defendant.

Case No.  13-cv-05617-JST

**ORDER REQUIRING PLAINTIFF TO FILE A CASE MANAGEMENT STATEMENT**

By Order of this Court dated April 1, 2014, and Local Rule 16-9, the parties were required to submit a joint case management statement on June 3, 2014.  ECF No. 14.  Defendant filed one, but stated that Plaintiff declined to participate in drafting it.  ECF No. 17 at 1.  The Court notes that this is not Plaintiff's counsel's first violation of the Court's orders.  See ECF No. 9.

The Plaintiff is hereby ordered to submit a case management statement no later than five court days from the date of this Order.  The statement shall explain the Plaintiff's failure to comply with the Court's April 1, 2014 Order, and address all of the topics contained in the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, which is available at cand.uscourts.gov/jstorders.

The Court acknowledges the parties' request to continue the Case Management Conference currently scheduled for June 11.  EDF No. 18.  The Court will rule on that request when it receives Plaintiff's Case Management Statement.

/ / /

/ / /

/ / /

1        The Plaintiff is advised that further violations of this Court's orders may result in monetary

2    or other sanctions.

3        **IT IS SO ORDERED.**

4    Dated: June 6, 2014

5                                                            _____

6                                                            JON S. TIGAR
                                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California