UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE CORCUCHIA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE BOILER, INC.,<br><br>    Defendant. | Case No. 13-cv-05617-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 29 |

The parties have filed a stipulation of dismissal dated August 7, 2014, stating that they have agreed to a settlement of this action. ECF No. 29. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file and vacate the hearing set for August 27, 2014.

**IT IS SO ORDERED**.

Dated: August 8, 2014

                                              JON S. TIGAR<br>
                                United States District Judge